■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DEGENNARO, Appellant.

Upon the circumstances of this case, we find that the defendant's sentences are not excessive *(see, People v Notey,* 72 AD2d 279). Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.